# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**SHARONDA HAYWOOD**                                                    **PLAINTIFF**

v.                  Case No. 5:16-cv-336-KGB

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY**                                           **DEFENDANT**

## JUDGMENT

This matter came for trial by jury on the 7th day of August, 2017. A jury of twelve was selected and sworn. On August 7, 2017, the jury returned a verdict as follows:

## VERDICT FORM

We, the jury, find that Sharonda Haywood has proven by a preponderance of the evidence that she sustained damages as a proximate cause of Glenn Barnes's negligence on September 8, 2015, in the amount of:

$        25,000.00

/s/ James V. Keller
Foreperson

August 7, 2017
Date


As a result of the jury's verdict, judgment in this case is entered in favor of defendant State Farm Mutual Automobile Insurance Company ("State Farm") and against plaintiff Sharonda Haywood. Ms. Haywood recovers nothing on her claim against State Farm. Her request for relief is denied, and her claim against State Farm is dismissed with prejudice.

This is an underinsured motorist action filed by Ms. Haywood against her automobile insurance company, State Farm. Ms. Haywood claimed that she was injured in a motor vehicle accident with a third party, Glenn Barnes, on September 8, 2015. That third party paid to her his "policy limits" of $25,000.00, and Ms. Haywood made a claim for underinsured motorist benefits against State Farm. Ms. Haywood alleged that the policy limits paid by the third party's insurance company were insufficient to compensate her for the damages she suffered and that she was entitled to claim additional damages from State Farm.

The jury returned a verdict determining that Ms. Haywood proved by a preponderance of the evidence that she sustained damages as a proximate cause of the third party's negligence in the September 8, 2015, accident in the total amount of $25,000.00, meaning the policy limits paid by the third party's insurance company were sufficient to compensate her for the damages she suffered and that Ms. Haywood is entitled to no recovery for underinsured motorist benefits from State Farm.

Judgment is entered in favor of State Farm. Ms. Haywood's claim against State Farm is dismissed with prejudice; her request for relief from State Farm is denied.

It is so adjudged this 10th day of August, 2017.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge